IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MARKAY,

    Plaintiff,                    No. CIV S-07-1809 FCD GGH P

    vs.

DR. ABDUR-RAHMAN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 3, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 31, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 11/14/07

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
mark1809.36