IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MARKAY,

    Plaintiff,                      No. CIV S-07-1809 FCD GGH P

    vs.

DR. ABDUR-RAHMAN, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the September 4, 2008 findings and recommendations. Good cause appearing, this request is granted.

        Plaintiff also seeks an order directing defendants to provide him with copies of his central and medical files "that would help the plaintiff prove his case." The September 4, 2008, findings and recommendations addressed defendants' motion to dismiss for failure to exhaust administrative remedies. Plaintiff is not required to prove the merits of his case at this time. Accordingly, the request for copies of his central and medical files is denied.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's September 17, 2008 request for an extension of time (Docket #24) is granted;

/////

1    2.  Plaintiff is granted thirty days from the date of this order in which to file his
2 objections to the findings and recommendations;
3    3.  Plaintiff's request for copies of his central and medical files is denied.
4 DATED: 10/01/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
mark1809.36(2)